# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS R. HOPKINS | JUDGMENT IN A CIVIL CASE |
| v. | |
| JEFF VACURA, et al. | CASE NUMBER: C07-5293RJB |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

This complaint and cause of action in this matter are DISMISSED.

| | |
|---|---|
| July 12, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |